UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STORMY MOORE,

        Petitioner,

v.                                                No. 5:23-CV-00290-H

KELLY ROWE, *et al.*,

        Respondents.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Dated February 5, 2024.

                                                      JAMES WESLEY HENDRIX
                                                      United States District Judge